UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAMON COOPER, *Plaintiff* | § § § | |
| v. | § | Case Number 3:12-cv-03575-L |
| CONNECTIVITY WIRELESS SOLUTION, *Defendant* | § § § | |

## STIPULATION

Plaintiff Damon Cooper stipulates that he is seeking relief, remedies, damages, losses, and attorney's fees in an aggregate amount not to exceed the sum of seventy-four thousand nine hundred and no/100 dollars ($74,900.00).

_____
Damon Cooper